# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIO F. VILLELA,<br><br>        Petitioner,<br><br>        v.<br><br>RICHARD J. KIRKLAND, Warden,<br><br>        Respondent. | NO. CV 06-6374 VBF (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 14, 2011

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE